# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAN MICKENS, : | |
| Petitioner, : | |
| : | |
| v. : | No. 2:20-cv-03857 |
| : | |
| SUPERINTENDENT MARK GARMAN, : | |
| and THE ATTORNEY GENERAL OF : | |
| THE STATE OF PENNSYLVANIA, : | |
| Respondents. : | |

## O R D E R

**AND NOW**, this 22nd day of July, 2021, upon consideration of the *pro se* Petitioner Rashan Mickens' Petition for Writ of Habeas Corpus, ECF No. 2, the Attorney General of Pennsylvania's response thereto, ECF No. 12, the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells, ECF No. 13, Petitioner's Objections thereto, ECF No. 16, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. The Report and Recommendation, ECF No. 13, is **ADOPTED** as set forth in this Court's Opinion.

2. The Petition for Writ of Habeas Corpus, ECF No. 2, is **DISMISSED**.

3. There is no basis for the issuance of a certificate of appealability.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge